UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-09364-SVW-E | Date | February 15, 2023 |
|---|---|---|---|
| Title | Aaron Jonah Rosberg v. Vicky Jay et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     IN CHAMBERS ORDER DISMISSING ACTION

On January 3, 2023, the Court, issued an order granting plaintiff thirty days leave to provide missing information.

To date, plaintiff has failed to provide the missing information.

The Court orders the case dismissed.

                                                                                    :
                                                                              _____
Initials of Preparer        PMC

Case 2:22-cv-09364-SVW-E Document 6 Filed 02/15/23 Page 2 of 2 Page ID #:17